UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

CASE NO.: 2:25-CV-02885-DCN

ANTE BRZOVIC,

    Plaintiff,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION,

    Defendant.

## DECLARATION OF VADIM CLANET IN SUPPORT OF ANTE BRZOVIC'S MOTION FOR PRELIMINARY INJUNCTION

I, Vadim Clanet, pursuant to 28 U.S.C. § 1746, make this declaration in support of Plaintiff Ante Brzovic's Motion for Preliminary Injunction and declare under penalty of perjury that the following is true and correct:

1. I, Vadim Clanet, am a former teammate of Ante's at Southeastern Oklahoma State University (SEOSU).

2. Ante is from Croatia, and I am from France, so I understand the challenges of moving overseas and trying to adjust to a completely new environment.

3. Ante arrived in the U.S. not long after the COVID-19 pandemic had disrupted normal life. Classes were still online, and campus life was limited. This added to the difficulty of adjusting, especially for someone coming from another country.

4. In Europe, online classes were not very common at the time, so the entire format of learning through a screen was unfamiliar to him. He had to figure it all out in a second language, in a system he had never experienced before.

5. We spent multiple nights working together trying to understand class materials, how to use

online platforms, and how to meet deadlines.

6. It wasn't just about school. He was also trying to adapt to a new country, a new way of living, and doing all of that without the usual support systems around. It was overwhelming for him, and I saw the toll it took.

7. Ante is a hardworking man, a genuine person, and a great human being. He's respectful, determined, and someone who always tries to do the right thing. Even through all the challenges, he stayed focused and kept moving forward.

I declare under penalty of perjury that the above is true and correct.

Dated this 16th day of April 2025.

_____
Vadim Clanet