UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

CASE NO.: 2:25-CV-02885-DCN

ANTE BRZOVIC,

    Plaintiff,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION,

    Defendant.

## DECLARATION OF JORDAN WILSON IN SUPPORT OF ANTE BRZOVIC'S MOTION FOR PRELIMINARY INJUNCTION

I, Jordan Wilson, pursuant to 28 U.S.C. § 1746, make this declaration in support of Plaintiff Ante Brzovic's Motion for Preliminary Injunction and declare under penalty of perjury that the following is true and correct:

1. I, Coach Jordan Wilson, am a former assistant coach at Southeastern Oklahoma and had the privilege of working closely with Ante Brzovic during his time with Southeast Oklahoma State University (SEOSU).

2. I arrived on campus in the summer of 2021 as he entered his second year at SEOSU and immediately noticed that he was still having trouble becoming adjusted and acclimated to a completely new culture, lifestyle, and academic environment here in the United States.

3. Ante was, for lack of a better phrase, "a fish out of water". From the first day I met him I could sense his anxiety about being in such a "foreign world" …no pun intended.

4. In speaking with Ante and reviewing his transcripts, I saw where he'd been forced to withdraw from math, science and English classes in his first year, and so I started working with him on his academics.

5. We also spent countless hours in the gym doing individual workouts to develop his game, but even more time off the court building his confidence in the classroom, which continued to suffer in his second year due to his inability to effectively understand, speak and write in English.

6. Together, we worked diligently to assure Ante stayed on top of his academics, often spending long evenings together in the library to ensure he was passing all his classes and maintaining his eligibility. I also began to arrange tutoring support, stayed in touch with his professors about his progress and had frequent meetings with Ante to check his overall wellbeing to assure he was physically and mentally ok.

7. Beyond basketball and school, we built a strong bond—whether it was helping him understand American customs or simply being his "go to guy" that he could rely on day to day. Watching Ante grow both as a player and a person was one of the most rewarding experiences of my coaching career.

8. As the season got underway in 2021, I could see Ante was in a little bit better mental state of mind, but he was still battling his English deficiencies in the classroom while also trying to showcase his ability to become a valuable member of the basketball team.

9. The coaching staff really began to take notice of his on-court abilities, but we could also tell he was not quite mentally ready to become a starter. However, we did have him coming off the bench as the 6th or 7th man in our first twelve games and he really began to show signs of greatness. Then about midway through the regular season, the coaching staff made a decision to start Ante, and his true basketball potential started to be realized.

10. After battling through the flu where he missed two games, he returned quickly and worked his way back to playing at very high level again within a week or so. He finished the season very strong.

11. During this entire time, I continued to stay close to him with respect to his school progress and we continued to provide him with tutoring support throughout the remainder of the school year.

12. When the school year ended, Ante had successfully completed his classes with passing grades. Watching Ante grow both as a player and a person during his time at SEOSU was one of the most rewarding experiences of my coaching career.

13. I have continued to watch Ante's progress from afar over the last few years and I cannot overstate how proud I am of both his academic progress and his basketball achievements at the College of Charleston. What he has overcome to arrive where he is today is not something that too many student athletes would have been able to achieve.

I declare under penalty of perjury that the above is true and correct.

Dated this 17th day of April 2025.

_____
Jordan Wilson